**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. |
| Plaintiff, | |
| v. | JUDGE |
| **JERRY T. HAMMOND,** | **INFORMATION** |
| Defendant. | 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) |
| | **FORFEITURE ALLEGATION** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
(Possession of Child Pornography)

1. On or about February 23, 2024, in the Southern District of Ohio, the defendant, **JERRY T. HAMMOND**, knowingly possessed matter, that is, a digital media device that contained one or more visual depictions, the production of such visual depictions having involved the use of prepubescent minors engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such visual depictions being of such conduct, and such visual depictions were mailed, shipped or transported using any means or facility of interstate or foreign commerce.

   In violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).

**FORFEITURE ALLEGATION**

2. The allegations of this Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 2253.

3. Upon conviction of the offense alleged in this Information, the defendant, **JERRY T. HAMMOND**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a): (1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Title 18, United States Code, Chapter 110, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including, but not limited to the following:

      i. One black Samsung S22 cellular phone with a black case, including its contents;
      ii. One blue LG cellular phone with a blue case, including its contents;
      iii. One black and white PS5, bearing serial number F328017JB12035896, including its contents;
      iv. One gray Apple iPad, bearing serial number F9FC0MM6LMPD, including its contents;
      v. One USB drive white in color with Southwest Public Libraries written on it, including its contents;
      vi. One black Samsung A11 cellular phone with a red case, bearing serial IMEI number 356425114370819, including its contents; and
      vii. One white Samsung Galaxy S5 cellular phone, model number SM-G900P, including its contents.

**Forfeiture notice in accordance with 18 U.S.C. § 2253(a) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

KELLY A. NORRIS
Acting United States Attorney

*Emily Czerniejewski* (signature)

**EMILY CZERNIEJEWSKI (IL 6308829)**
**TYLER AAGARD (NC 54735)**
Assistant United States Attorneys